United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDALL E. ROLLINS, *Plaintiff,* | § § § § § § § § | CIVIL ACTION NO. 4:19-CV-1514 |
| v. | | |
| GREENBERG TRAURIG, LLP, *et al.,* *Defendants.* | | JUDGE CHARLES ESKRIDGE |

## ORDER

On this day came to be considered State Defendants' Unopposed Motion to Stay Discovery [Dkt. 78]. After due consideration of the motion and any responses, replies and arguments of the parties, the Court finds that the State Defendants' motion should be GRANTED.

IT IS HEREBY ORDERED that State Defendant's Unopposed Motion to Stay Discovery is GRANTED. All discovery and scheduling deadlines are STAYED. Within 30 days of the Court's ruling on the State Defendants' and Defendant Harris County's pending dispositive motions, the parties shall submit a joint proposed scheduling order to the Court.

It is so ORDERED.

Signed on 02/04/2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge