# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*September 28, 2022*
Nathan Ochsner, Clerk of Court

No. 21-20482

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2022
Lyle W. Cayce
Clerk

Randall E. Rollins,

*Plaintiff—Appellant,*

versus

State of Texas; State Commission on Judicial Conduct; Lincoln Goodwin, *individually and in his official capacity as Harris County Justice Court Judge*; Harris County; Tommy Ramsey, *Individually and in his official capacity as Assistant Harris County Attorney*; LaShawn Williams, *Individually and in her Official Capacity as Harris County Civil Court at Law Judge*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1514

---

Before Jones, Ho, and Wilson, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 21-20482

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Sep 28, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 28, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 21-20482    Rollins v. State of Texas
                USDC No. 4:19-CV-1514

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Cc(letter only):
    Ms. Cynthia O. Akatugba
    Mr. Armando Sung Chiu
    Mr. Stanley Michael Clark
    Mr. Benjamin Lindberg Dower
    Mr. Patrick Edward Nagorski
    Mr. Randall E. Rollins